

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-17-00183-CR &
06-17-00184-CR

MIRANDA RENEA KELSO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 40th District Court
Ellis County, Texas
Trial Court Nos. 41161CR & 41162CR

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Court reporter Michele McManus recorded the trial court proceedings in appellate cause numbers 06-17-001183-CR and 06-17-00184-CR, styled, *Miranda Renea Kelso v. The State of Texas*, trial court cause numbers 41161CR and 41162CR in the 40th Judicial District Court of Ellis County, Texas. The reporter's record was originally due in these matters November 6, 2017. That deadline was extended twice by this Court, resulting in the most recent due date of January 5, 2018. Although we cautioned McManus that additional requests to extend the deadline would not be granted, absent extraordinary circumstances, she has nonetheless filed a third request for an extension of the filing deadline. After reviewing McManus' third motion for an extension, we found no extraordinary circumstances that would warrant a third extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we order McManus to file the reporter's record in cause numbers 06-17-00183-CR and 06-17-00184-CR, styled, *Miranda Renea Kelso v. The State of Texas*, trial court cause numbers 41161CR and 41162CR in the 40th Judicial District Court of Ellis County, Texas, to be received by this Court no later than February 1, 2018.

If the reporter's record is not received by February 1, we warn McManus that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.


BY THE COURT

Date:   January 23, 2018